No. 02–1824. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION *v.* HALEY. C. A. 5th Cir. [Certiorari granted, *ante,* p. 945.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1845. AETNA HEALTH INC., FKA AETNA U. S. HEALTHCARE INC. ET AL. *v.* DAVILA; and

No. 03–83.. CIGNA HEALTHCARE OF TEXAS, INC., DBA CIGNA CORP. *v.* CALAD ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 981.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 03–5554. HIIBEL *v.* SIXTH JUDICIAL DISTRICT COURT OF NEVADA, HUMBOLDT COUNTY, ET AL. Sup. Ct. Nev. [Certiorari granted, *ante,* p. 965.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–167. UNITED STATES *v.* DOMINGUEZ BENITEZ. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1072.] Motion of respondent for appointment of counsel granted. Myra D. Mossman, Esq., of Santa Barbara, Cal., is appointed to serve as counsel for respondent in this case.

No. 03–334. RASUL ET AL. *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL.; and

No. 03–343. AL ODAH ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 1003.] Motion of Hungarian Jews and Bougainvilleans for leave to file a brief as *amicus curiae* granted.

No. 03–855. CITY OF SHERRILL, NEW YORK *v.* ONEIDA INDIAN NATION OF NEW YORK ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.